## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEVEN ARKIN,

    Plaintiff,

v.                                          Case No: 8:15-cv-2932-T-30AEP

THE PAQUIN HEALTHCARE
COMPANIES, INC. and JOHN DOES
1-10,

    Defendants.

---

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #18).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record